433 A.2d 110

Commonwealth v. Kanegis, Appellant.

Argued December 5, 1980.  David Rudovsky, for appellant;  Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.